IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-278-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ARTAVIOUS Q. BODDIE, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c) and Amendment 829 [D.E. 66].

SO ORDERED. This __3__ day of September, 2025.

JAMES C. DEVER III
United States District Judge